PS 8
(8/88)



FILED BY _____ D.C.

05 MAY 18 PM 3:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# United States District Court
## for
## Western District of Tennessee

**U.S.A. vs. Bruce Barnhill**                                **Docket No. 04-20503-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Stephanie K. Denton presenting an official report upon the conduct of Defendant Barnhill who was placed under pretrial release supervision by the Honorable S. Allan Alexander sitting in the court in Oxford (ND/MS), on the 19th day of January, 2005, under the following conditions:

1) Report as directed to Pretrial Services and 2) Defendant's travel is restricted to the ND/MS and WD/TN for court appearances only.

On February 18, 2005, the defendant appeared before the Honorable Tu M. Pham for the purpose of an initial appearance in the WD/TN. Defendant Barnhill's conditions of release were amended to include the following:

1) Report as directed by Pretrial Services, 2) Defendant is restricted in residence and travel to the WD/TN and the ND/MS without prior approval of Pretrial Services, 3) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 3) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances, 4) Submit to any method of testing required by Pretrial Services, and 5) Participate in a program of drug treatment if deemed advisable by Pretrial Services.

On March 7, 2005, a consent to modify was ordered to include the following condition: Participate in mental health treatment if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached page.

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT THAT THE DEFENDANT MAY APPEAR AND SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED.

BOND RECOMMENDATION: <u>NONE</u>

ORDER OF COURT

Considered and ordered this 18 day of May, 20 05 and ordered files and made a part of the records in the above case.

_____
U.S. Magistrate/District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2005

_Stephanie K Denton_
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

(37)

**Continued- Page 2**

**Report as directed by Pretrial Services**
On May 11, 2005, Superivisory U.S. Pretrial Services Officer Murray Fullner instructed the defendant to contact U.S. Probation Officer Valarie Peters in the ND/MS in the morning on May 12, 2005. Defendant Barnhill failed to contact USPO Peters.

**Refrain from any use or unlawful possession of a narcotic drug or other controlled substances**
On February 25, 2005, April 4, 2005, and May 12, 2005, the defendant submitted urine specimens that tested positive for marijuana.

On April 4, 2005, the defendant signed a voluntary admission of illegal drug use stating that he last smoked marijuana on March 31, 2005. On May 12, 2005, the defendant signed a voluntary admission of illegal drug use stating that he last used marijuana on April 19, 2005.

**Submit to any method of testing required by Pretrial Services**
Defendant Barnhill failed to submit a urine screen at Pretrial Services in Memphis, TN, on May 11, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20503 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT