IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 22 PM 4:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20503-01-Ma |
| | ) | |
| BRUCE BARNHILL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before this court is defendant's Motion For Review of Conditions of Detention, filed August 10, 2005. For good cause shown, the motion is granted and defendant may be admitted to the "CAPS" Program through New Directions.

**ENTERED** this the ___19th___ day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-25-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20503 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT