IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 PM 4: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20503-Ma

BRUCE BARNHILL,

    Defendant.

ORDER ALLOWING DEPOSITION OF MATERIAL WITNESS

    Before the court is defendant's May 23, 2005, motion for leave to take the deposition of a material witness pursuant to Fed.R.Crim.P. 15(a). Having considered the motion, the government's response in opposition, and defendant's further reply, the court finds that the motion is well taken and should be granted. Defendant may take the deposition of Max Bolton, at the convenience of the parties and Mr. Bolton, but no later than September 16, 2005.

    It is so ORDERED this 26th day of August, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-30-05

58

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20503 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT