IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 04-20503-MaP

BRUCE BARNHILL,

    Defendant.

## ORDER EXTENDING DEADLINE TO TAKE DEPOSITION

Before the court is defendant's September 7, 2005, unopposed motion for an extension of the deadline for taking the deposition of Max Bolton, who is a material witness in this case. For good cause shown, the motion is granted. Defendant shall have additional time to and including October 3, 2005, within which to take the deposition of Max Bolton.

It is so ORDERED this 9th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CR-20503 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT